IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Jay Verzich, | Bankruptcy No. 21-21473-TPA |
| Debtor | Chapter 7 |
| PW Campbell Contracting Company, | |
| Movant, | |
| v. | |
| Jay Verzich, | |
| Respondent. | |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Phillip R. Earnest, Esquire and Pietragallo Gordon Alfano Bosick & Raspanti, LLP on behalf of Movant, PW Campbell Contracting Company.

                                                Respectfully submitted:

                                                PIETRAGALLO GORDON ALFANO
                                                BOSICK & RASPANTI, LLP

                                                *Phillip R. Earnest*
                                                Phillip R. Earnest
                                                PA Id.: 83208
                                                (412) 263-4374
                                                pre@pietragallo.com

                                                One Oxford Centre, 38th Floor
                                                301 Grant Street
                                                Pittsburgh, PA 15219

                                                *Counsel for Movant,*
                                                *PW Campbell Contracting Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Entry of Appearance on August 31, 2021 by the Court's ECF system which will serve the following:

David L. Fuchs, Esquire
Fuchs Law Office, LLC
554 Washington Avenue, First Floor
Carnegie, PA 15106
*Counsel for Debtor/Respondent,*
*Jay Verzich*

/s/ Phillip R. Earnest
Phillip R. Earnest