IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Jay Verzich | : | Bankruptcy No.21-21473-TPA |
| | | : | |
| | Debtor | : | |
| Jay Verzich | | : | Chapter 7 |
| | | : | |
| Movant | | : | |
| | | : | Related to Document No.1 |
| v. | | : | |
| | | : | |
| | | : | |
| NO RESPONDENT | | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, David L. Fuchs, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

By:   /s/ David L. Fuchs
Signature

David L. Fuchs
Typed Name

554 Washington Ave., Carnegie, PA 15106
Address

412-223-5404
Phone No.

PA 205694
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

Pennymac Loan Services
PO Box 660929
Dallas, TX 75266

John Sciullo
1638 Hastings Park Drive
Bridgeville, PA 15017

National Funding
9820 Towne Center Drive
San Diego, CA 92121

Sharyl Relic
4038 Waterdam Commons
McDonald PA 15057