Form 006

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Jay Verzich**                                           :         Case No. 21−21473−TPA
    *Debtor(s)*                                            :
                                                                  :         Chapter: 7
                                                                  :
                                                                  :
                                                                  :

## ORDER

AND NOW, this *The 3rd of September, 2021*, the Debtor(s) having filed an *Amendment to Schedule* **D, F** filed on **September 2, 2021**

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)    The Debtor(s) shall *immediately* serve a copy of this *Order*, the *341 Meeting of Creditors Notice* and the *Amendment* on all affected parties, the Trustee (if one is appointed) and the United States Trustee.

(2)    On or before seven (7) days from receipt of this *Order* the Debtor(s) shall file a Certificate of Service with the Clerk, U.S. Bankruptcy Court.

(3)    **On or before October 4, 2021 or the date set forth in the Section 341 Meeting** *Notice*, whichever is later, any **Objection to Discharge** (if applicable), **Request for a 341 Meeting** (if applicable), and/or **Objections to Exemptions** shall be filed.

(4)    If no objections to the *Amendment* are filed, the *Amendment* is accepted for filing. If objections to the *Amendment* are filed, a hearing will be scheduled.

(5)    **FAILURE TO SERVE** the appropriate documents and file a timely **Certificate of Service** will result in the *Amendment* being rendered **NULL AND VOID** without further Order of Court.

(6)    If applicable, failure to pay the required filing fee within seven (7) days of the date of the *Order*, or failure to add additional creditors(s) into bankruptcy case via CM/ECF Creditor Maintenance within seven (7) days from the date of this *Order* will result in the *Amendment* being rendered **NULL AND VOID** without further Order of Court.

cm: Debtor

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21473-TPA |
| Jay Verzich | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jmar | Page 1 of 2 |
| Date Rcvd: Sep 03, 2021 | Form ID: 006 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jay Verzich, 149 Eisner Ave., Bridgeville, PA 15017-1923 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Fuchs | on behalf of Debtor Jay Verzich dfuchs@fuchslawoffice.com 9924@notices.nextchapterbk.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Phillip R Earnest | on behalf of Creditor PW Campbell Contracting Company Inc. pre@pietragallo.com, dml@pietragallo.com |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

District/off: 0315-2     User: jmar     Page 2 of 2
Date Rcvd: Sep 03, 2021     Form ID: 006     Total Noticed: 1
TOTAL: 6