UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 21-21473-TPA

Jay Verzich  Chapter 7

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    ACAR Leasing Ltd. d/b/a GM Financial Leasing
    PO Box 183853
    Arlington, TX  76096

By  /s/  Lorenzo Nunez_____

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                           Bankr. Case No. 21-21473-TPA

Jay Verzich                                                                                                               Chapter 7

       Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on August 25, 2021 :

David L. Fuchs                                          Rosemary C. Crawford
554 Washington Ave., First Floor         P.O. Box 355
Carnegie, PA 15106                            Allison Park, PA 15101

                                                         By /s/ Lorenzo Nunez
                                                                 Lorenzo Nunez

xxxxx69256 / 1043675