IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JAY VERZICH,                                  Bankruptcy No. 21-21473-TPA

    Debtor.                                   Chapter 7

JAY VERZICH,                                  Document No.

    Movant,                                   Related to Doc. No.: 19

vs.

NO RESPONDENT.

## CERTIFICATE OF SERVICE

I, David L. Fuchs, hereby certify that on the 3rd day of September, 2021, a true and correct copy of the **ORDER DATED SEPTEMBER 3, 2021, 341 MEETING CREDITORS NOTICE AND THE AMENDMENT** was served upon the following via first class mail:

*See Attached List*

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03152<br>CASE 21-21473-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>PITTSBURGH<br>FRI SEP 3 11-14-06 EDT 2021 | BARCLAYS BANK<br>698 12 SOUTH OGDEN STREET<br>BUFFALO NY 14206-2317 | CAPITAL ONE BANK<br>3451 HARRY S TRUMAN BLVD<br>SAINT CHARLES MO 63301-4047 |
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | ROSEMARY C CRAWFORD<br>CRAWFORD MCDONALD LLC<br>PO BOX 355<br>ALLISON PARK PA 15101-0355 |
| PHILLIP R EARNEST<br>PIETRAGALLO GORDON ALFANO BOSICK RASPA<br>ONE OXFORD CENTRE<br>38TH FLOOR<br>PITTSBURGH PA 15219-1400 | DAVID L FUCHS<br>FUCHS LAW OFFICE LLC<br>554 WASHINGTON AVE FIRST FLOOR<br>CARNEGIE PA 15106-2878 | GM FINANCIAL<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| GM FINANCIAL<br>PO BOX 78143<br>PHOENIX AZ 85062-8143 | GRETCHEN WHITE<br>86 MAYFAIR DRIVE<br>PITTSBURGH PA 15228-1104 | JP MORGAN CHASE<br>MRS BPO<br>1930 OLNEY AVE<br>CHERRY HILL NJ 08003-2016 |
| JOHN SCIULLO<br>1638 HASTINGS PARK DRIVE<br>BRIDGEVILLE PA 15017-3115 | KAREN WOODGATE<br>105 WOODCREST DRIVE<br>CANONSBURG PA 15317-3852 | KEY BANK<br>1593 WASHINGTON PIKE<br>BRIDGEVILLE PA 15017-2881 |
| KURT KHAROUF<br>332 SPINDLE COURT<br>CANONSBURG PA 15317-5246 | LAURA SCHREINER<br>204 PALOMINO DRIVE<br>BETHEL PARK PA 15102-4506 | MARSHA GRUBESKY<br>407 FAIRACRE CT<br>PRESTO PA 15142-1161 |
| MATTHEW EMLING<br>731 SUPERIOR ST<br>CARNEGIE PA 15106-3449 | MCCARTHY BURGESS WOLFE<br>CITIBANKSUNOCO<br>26000 CANNON ROAD<br>BEDFORD OH 44146-1807 | MELANIE GRUBISHA<br>4599 MARINA DRIVE<br>HOMESTEAD PA 15120-2964 |
| MICHAEL EISEN<br>925 EAST END AVE<br>PITTSBURGH PA 15221-3429 | MICHAEL P FLYNN ESQ<br>CICKIE MCCAMEY CHILCOTE PC<br>TWO PPG PLACE SUITE 400<br>PITTSBURGH PA 15222-5491 | MARIA MIKSICH<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 |
| NATIONAL FUNDING<br>9820 TOWNE CENTER DRIVE<br>SAN DIEGO CA 92121-1912 | OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 | PW CAMPBELL CONTRACTING CO<br>CO PIETRAGALLO GORDON ET AL<br>1 OXFORD CENTER 38TH FL<br>PITTSBURGH PA 15219-1400 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
PW CAMPBELL CONTRACTING COMPANY INC        PENNSYLVANIA DEPARTMENT OF REVENUE     PENNSYLVANIA DEPT OF REVENUE
PW CAMPBELL CONTRACTING COMPANY INC        BANKRUPTCY DIVISION                    DEPARTMENT 280946
109 ZETA DRIVE                             PO BOX 280946                          PO BOX 280946
PITTSBURGH PA 15238-2811                   HARRISBURG PA 17128-0946               ATTN- BANKRUPTCY DIVISION
                                                                                  HARRISBURG PA 17128-0946



PENNYMAC LOAN SERVICES                     PEOPLES NATURAL GAS COMPANY LLC        ROBERT LEWIS
PO BOX 660929                              GRB LAW                                9024 SEDGLEY DR
DALLAS TX 75266-0929                       FRICK BUILDING                         WILMINGTON NC 28412-3319
                                           437 GRANT STREET 14TH FLOOR
                                           PITTSBURGH PA 15219-6101




                                                                                  DEBTOR
SHARYL RELIC                               THE PITTSBURGH BLINDS COMPANY          JAY VERZICH
4038 WATERDAM COMMONS                      149 EISNER AVE                         149 EISNER AVE
MCDONALD PA 15057-3063                     BRIDGEVILLE PA 15017-1923              BRIDGEVILLE PA 15017-1923




S JAMES WALLACE
GRB LAW
FRICK BUILDING 437 GRANT STREET
14TH FLOOR
PITTSBURGH PA 15219
```

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA ECF EMAIL THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Debtor)
Jay Verzich
149 Eisner Ave.
Bridgeville, PA 15017
represented by:
David L. Fuchs
Fuchs Law Office, LLC
554 Washington Ave., First Floor
Carnegie, PA 15106

dfuchs@fuchslawoffice.com

(Creditor)
Peoples Natural Gas Company LLC
GRB Law
Frick Building
437 Grant Street, 14th Floor
Pittsburgh, PA 15219
represented by:
S. James Wallace
GRB Law
Frick Building, 437 Grant Street
14th Floor
Pittsburgh, PA 15219

ecfpeoples@grblaw.com

(Creditor)
PW Campbell Contracting Company, Inc.
PW Campbell Contracting Company, Inc.
109 Zeta Drive
Pittsburgh, PA 15238United States
represented by:
Phillip R Earnest
Pietragallo Gordon Alfano Bosick &
Raspanti, LLP
One Oxford Centre
38th floor
Pittsburgh, PA 15219

pre@pietragallo.com

(Creditor)
PENNYMAC LOAN SERVICES, LLC
represented by:
Maria Miksich
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

mmiksich@kmllawgroup.com

(U.S. Trustee)
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

ustpregion03.pi.ecf@usdoj.gov

(Creditor)
GM Financial
PO Box 183853
Arlington, TX 76096

(Trustee)
Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101

crawfordmcdonald@aol.com

Date: September 8, 2021					/s/ David L. Fuchs
							DAVID L. FUCHS
							PA I.D. #205694
							Fuchs Law Office, LLC
							554 Washington Ave, First Floor
							Carnegie, PA  15106
							(412) 223-5404 (phone)
							(412) 223-5406 (facsimile)
							dfuchs@fuchslawoffice.com