**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jay Verzich** | Social Security number or ITIN  **xxx–xx–5721** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **21–21473–TPA**

# Order of Discharge                                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Jay Verzich

<u>10/27/21</u>                                                             **By the court:**   <u>Thomas P. Agresti</u>
                                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                   Case No. 21-21473-TPA
Jay Verzich                                                                                     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                     User: admin                                    Page 1 of 3
Date Rcvd: Oct 27, 2021                       Form ID: 318                                Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jay Verzich, 149 Eisner Ave., Bridgeville, PA 15017-1923 |
| cr | + | PW Campbell Contracting Company, Inc., PW Campbell Contracting Company, Inc., 109 Zeta Drive, Pittsburgh, PA 15238, UNITED STATES 15238-2811 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15388179 | + | Barclays Bank, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 15388180 | + | Capital One Bank, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-4047 |
| 15422736 | + | Fundation Group LLC, 11501 Sunset Hills Rd., Ste 100, Reston VA 20190-6700 |
| 15388183 | + | Gretchen White, 86 Mayfair Drive, Pittsburgh, PA 15228-1104 |
| 15388184 | + | JP Morgan Chase, MRS BPO, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 15407615 | + | John Sciullo, 1638 Hastings Park Drive, Bridgeville, PA 15017-3115 |
| 15388185 | + | Karen Woodgate, 105 Woodcrest Drive, Canonsburg, PA 15317-3852 |
| 15388186 | + | Key Bank, 1593 Washington Pike, Bridgeville, PA 15017-2881 |
| 15388187 | + | Kurt Kharouf, 332 Spindle Court, Canonsburg, PA 15317-5246 |
| 15388188 | #+ | Laura Schreiner, 204 Palomino Drive, Bethel Park, PA 15102-4506 |
| 15388189 | + | Marsha Grubesky, 407 Fairacre Ct., Presto, PA 15142-1161 |
| 15388190 | + | Matthew Emling, 731 Superior St., Carnegie, PA 15106-3449 |
| 15388192 | + | Melanie Grubisha, 4599 Marina Drive, Homestead, PA 15120-2964 |
| 15388193 | + | Michael Eisen, 925 East End Ave., Pittsburgh, PA 15221-3429 |
| 15388194 | + | Michael P. Flynn, Esq., Cickie McCamey & Chilcote, PC, Two PPG Place, Suite 400, Pittsburgh, PA 15222-5491 |
| 15388195 | + | PW Campbell Contracting Co., c/o Pietragallo Gordon et al, 1 Oxford Center, 38th Fl, Pittsburgh, PA 15219-1400 |
| 15407614 | + | Pennymac Loan Services, PO Box 660929, Dallas, TX 75266-0929 |
| 15388196 | + | Robert Lewis, 9024 Sedgley Dr., Wilmington, NC 28412-3319 |
| 15407617 | + | Sharyl Relic, 4038 Waterdam Commons, McDonald PA 15057-3063 |
| 15388197 | + | The Pittsburgh Blinds Company, 149 Eisner AVe., Bridgeville, PA 15017-1923 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Oct 28 2021 03:18:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Oct 28 2021 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 27 2021 23:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 28 2021 03:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 27 2021 23:24:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: |

Case 21-21473-TPA  Doc 25  Filed 10/29/21  Entered 10/30/21 00:39:34  Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2021 | Form ID: 318 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Oct 28 2021 03:18:00 | GM Financial, PO Box 183853, Arlington, TX 76096-3853 |
| 15408522 | + | EDI: PHINAMERI.COM | Oct 28 2021 03:18:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 15390366 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 27 2021 23:24:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 15388182 | | EDI: PHINAMERI.COM | Oct 28 2021 03:18:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 15388181 | | EDI: JPMORGANCHASE | Oct 28 2021 03:18:00 | Chase, PO Box 1423, Charlotte, NC 28201 |
| 15388191 | + | Email/Text: bknotices@mbandw.com | Oct 27 2021 23:24:00 | McCarthy Burgess & Wolfe, Citibank/Sunoco, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 15407616 | + | Email/Text: jduty@nationalfunding.com | Oct 27 2021 23:24:00 | National Funding, 9820 Towne Center Drive, San Diego, CA 92121-1912 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| aty | *+ | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| cr | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2021              Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Fuchs | on behalf of Debtor Jay Verzich dfuchs@fuchslawoffice.com 9924@notices.nextchapterbk.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Phillip R Earnest | on behalf of Creditor PW Campbell Contracting Company  Inc. pre@pietragallo.com, dml@pietragallo.com |

Rosemary C. Crawford
    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com

Rosemary C. Crawford
    crawfordmcdonald@aol.com PA68@ecfcbis.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 7