**Form 129**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jay Verzich**
    Debtor(s)

Bankruptcy Case No.: 21−21473−TPA

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.


**IT IS ORDERED THAT:**

Rosemary C. Crawford is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.


Dated: January 19, 2022

Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-21473-TPA

Jay Verzich Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                   User: admin                                     Page 1 of 2

Date Rcvd: Jan 19, 2022                          Form ID: 129                                   Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jay Verzich, 149 Eisner Ave., Bridgeville, PA 15017-1923 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2022                     Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Fuchs | |
| | on behalf of Debtor Jay Verzich dfuchs@fuchslawoffice.com  9924@notices.nextchapterbk.com |
| Maria Miksich | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Phillip R Earnest | |
| | on behalf of Creditor PW Campbell Contracting Company  Inc. pre@pietragallo.com, dml@pietragallo.com |
| Rosemary C. Crawford | |
| | on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com |
| Rosemary C. Crawford | |
| | crawfordmcdonald@aol.com  PA68@ecfcbis.com |

District/off: 0315-2                          User: admin                          Page 2 of 2
Date Rcvd: Jan 19, 2022                       Form ID: 129                          Total Noticed: 1

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 7